# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHATAN MAULTSBY,<br><br>    Plaintiff,<br><br>    vs.<br><br>H. A. RIOS, et al.,<br><br>    Defendants. | 1:12cv00033 AWI DLB PC<br><br>ORDER DENYING MOTION<br>TO AMEND AS UNNECESSARY<br><br>(Document 11) |

Plaintiff Chatan Maultsby ("Plaintiff") is a prisoner in the custody of the Federal Bureau of Prisons and is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on January 6, 2012.

On January 7, 2013, Plaintiff filed a Motion to Amend his complaint, along with First Amended Complaint. Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). Because Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

   Dated:   **January 17, 2013**            /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28