# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHATAN MAULTSBY, ) | 1:12cv00033 AWI DLB PC |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY |
| vs. ) | (Document 18) |
| H. A. RIOS, et al., ) | |
| Defendants. ) | |

Plaintiff Chatan Maultsby ("Plaintiff") is a prisoner in the custody of the Federal Bureau of Prisons and is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on January 6, 2012. Plaintiff filed a First Amended Complaint on January 7, 2013.

On February 4, 2013, Plaintiff filed a Motion for Discovery in which he asks for documentary evidence from Defendants. The discovery phase of this litigation is not yet open. Plaintiff is directed to paragraph eight of the court's First Informational Order, filed on January 12, 2012. The Court explained that Plaintiff may not conduct discovery until Defendants file an answer[1] and the Court issues the discovery order.

---

[1] The Court has not yet screened Plaintiff's First Amended Complaint and therefore service has not been ordered as to any Defendant.

1

In addition, once discovery is open, Court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the Court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, and responses thereto shall not be filed with the Court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the Court.

Accordingly, Plaintiff's Motion for Discovery is DENIED.

IT IS SO ORDERED.

Dated: **February 11, 2013**            /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE